**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ANGEL SERRANO** | : | **No. 05-044-13** |
| a/k/a "King Pleasure" | : | |

## O R D E R

**AND NOW**, this ____2nd____ day of November, 2020, upon consideration of Defendant's *Pro se* Letter Motion for a New Trial (Doc. No. 1076), the Government's Response in Opposition to the Motion (Doc. No. 1078), and the Defendant's Reply to the Government (Doc. No. 1078), it is

**ORDERED** that Motion for a New Trial (Doc. No. 1076) is **DENIED** for the reasons set forth in the accompanying Memorandum.

**BY THE COURT:**

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1